REC'D MAR - 3 2026

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

DEON STEPHENS

*Full name(s) of Plaintiff(s)*

v.

Philadephia Department
Of STREETS Highway
Services

*Full name(s) of Defendant(s)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

CIVIL ACTION
NO. 530-2025-09566

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to
2000e-17 (race, color, gender, religion, national origin).
***NOTE:*** *In order to bring suit in federal district court under Title VII, you must first
obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
Commission.*

____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621-634.
***NOTE:*** *In order to bring suit in federal district court under the Age Discrimination
in Employment Act, you must first file a charge with the Equal Employment
Opportunity Commission, and you must have been at least 40 years old at the time
you believe that you were discriminated against.*

____ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
***NOTE:*** *In order to bring suit in federal district court under the Americans with
Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal
Employment Opportunity Commission.*

____ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963
(race, color, family status, religious creed, ancestry, handicap or disability, age,
sex, national origin, the use of a guide or support animal because of blindness,
deafness or physical handicap of the user or because the user is a handler or trainer
of support or guide animals).

(Rev. 10/2009)

-1-

**NOTE:** *In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

## I.    Parties in this complaint:

A.    List your name, address and telephone number.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff      Name: DUN STEPHENS
Street Address: 4540 VISTA STREET
County, City: Philadelphia
State & Zip: PA 19135
Telephone Number: 937-303-9003

B.    List all defendants' names and the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.   Attach additional sheets of paper as necessary.

Big MiKE

Defendant    Name: Ziggy, Michael benelette, Carl benbow, Raymond, Brianna, Ralph
Street Address: 4040 Whitaker Ave, Philadelphia pa 19
County, City: Philadelphia PA, 19124
State & Zip: 19124
Telephone Number: 215-686-5560

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer: Philadelphia Department of Streets Highway Services
Street Address: 4040 Whitaker Ave,
County, City: Philadelphia,
State & Zip: PA 19124
Telephone Number: 215-686-5560

## II.    Statement of the Claim

A.    The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

_____    Failure to hire me

__✓__    Termination of my employment

_____    Failure to promote me

-2-

_____ Failure to reasonably accommodate my disability

__✓__ Failure to reasonably accommodate my religion

__✓__ Failure to stop harassment

__✓__ Unequal terms and conditions of my employment

__✓__ Retaliation

_____ Other (*specify*): Bullying

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.      It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) 01 , (day) 01 , (year) 2024.

C.      I believe that the defendant(s) (check one):

_____ is still committing these acts against me.

__✓__ is **not** still committing these acts against me.

D.      Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

__✓__ race _____          _____ color _____

__✓__ religion _____          _____ gender/sex _____

_____ national origin _____

_____ age      My date of birth is 07/30/1996 (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.      The facts of my case are as follow (*attach additional sheets of paper as necessary*):

_____

_____

_____

_____

_____

_____

_____

-3-

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

III.    **Exhaustion of Administrative Remedies:**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: _____ (*Date*).

B.    The Equal Employment Opportunity Commission (*check one*):

_____ has not issued a Notice of Right to Sue Letter.
___✓___ issued a Notice of Right to Sue Letter, which I received on 02|05|2026 (*Date*).

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C.    *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

_____ 60 days or more have passed.
_____ fewer than 60 days have passed.

D.    It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _____ (*Date*).

E.    Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

_____ One year or more has passed.
_____ Less than one year has passed.

## IV.    Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

_____    Direct the defendant to hire the plaintiff.

✓    Direct the defendant to re-employ the plaintiff.

_____    Direct the defendant to promote the plaintiff.

_____    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

_____    Direct the defendant to reasonably accommodate the plaintiff's religion.

_____    Direct the defendant to (*specify*):_____

✓    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

_____    Other (*specify*):_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 3 day of March , 20 26

Signature of Plaintiff _____

Address    4540 VISTA STREET

Philadephia, PA , 19136

_____

Telephone number    838 - 303 - 9003

Fax number (*if you have one*) _____

Subject: Statement Regarding Wrongful Termination, Workplace Harassment, and Retaliation

To Whom It May Concern,

I am submitting this statement to formally document a series of hostile, discriminatory, and retaliatory actions taken against me during my employment with the City of Philadelphia, which I believe culminated in an unlawful and unjust termination.

Timeline of Events:

- March 21, 2025: I was publicly bullied and verbally harassed by a coworker who called me derogatory names on at least five separate occasions. This marked the beginning of a pattern of workplace hostility, which created a threatening and uncomfortable environment. Additionally, I experienced a separate incident involving Carl Benbow, a crew chief, who verbally berated me for personal (non-work-related) reasons and attempted to physically strike me. I felt extremely unsafe and intimidated and requested not to be assigned to work with him again.

- April 15, 2025: I arrived to work slightly late but was instructed by crew chiefs Dylan and Briante to gather my equipment and rejoin the crew before departure at 9 a.m. When I returned with my equipment, I discovered they had left the yard without me. The next day, April 16, 2025, I was written up for "idling and loafing," despite following instructions.

- May 5, 2025: I met with representatives from D.C.33 Union for a 2.5-hour session regarding ongoing incidents of harassment. I was advised simply not to give management "any ammunition," but no formal resolution or protection was provided.

- May 7 and May 9, 2025: Workplace violence and disrespectful behavior escalated. I was again forced to work under Carl Benbow despite prior concerns. On May 7, I was denied the ability to work under any other crew chief, and when I reported further mistreatment from Carl, no action was taken. I had no choice but to take a day off to protect my wellbeing.

- May 9, 2025: A coworker named Raymond verbally assaulted me in front of approximately 45 other workers, calling me a "sucker ass nigga" and making derogatory statements about my Muslim faith. Later that day, while sitting alone in the yard garage, another coworker, Mike, approached me in a threatening manner and asked, "Do you want to take a walk to the back?" He warned that if any pictures surfaced of me "with sneakers on" or "in the wrong place," there would be "problems." Given that the back of the yard contains weight and boxing equipment, this was clearly an intimidation tactic. I was frightened for my safety and remained silent.

- May 12-14, 2025: I was denied equal treatment and access to work assignments and opportunities that were provided to the rest of the crew. I reported the disparity, but it was ignored.

- May 27, 2025: I received a screenshot from Union Representative Daymond of D.C.33 stating that I was to finish out a 15-day suspension, after which I would be separated from the City of Philadelphia. As of this date, I have not received a formal or written separation notice from the City.

[1] HR Documentation and Reporting Attempts (To Be Filled In Later):

[Insert your specific HR or management reporting efforts here, including dates and whether you emailed, spoke with someone directly, or have documentation.]

Witnesses:

Several coworkers were present when Raymond verbally assaulted me with racial and religious slurs on May 9. These individuals can confirm the language and aggression used toward me, which created an unsafe and humiliating environment.

Emotional and Physical Impact:

These repeated threats, public humiliation, and the constant fear of physical violence severely impacted my emotional and physical health. I began experiencing anxiety, emotional distress, and an overwhelming fear of returning to work each day. The toxic environment made it impossible to feel safe or supported.

Clean Record and Work History:

Prior to these incidents, I maintained a strong performance record and had no disciplinary actions taken against me. I was committed to my job and took pride in my responsibilities until the workplace became hostile and unsafe.

Pattern of Retaliation:

Each time I reported harassment or mistreatment, I was met with further punishment, including write-ups, forced work under hostile supervisors, and ultimately, suspension and pending termination. Rather than being protected for speaking up, I was targeted.

Conclusion:

The repeated threats, discrimination, retaliation for reporting misconduct, denial of equal work privileges, and lack of written separation constitute a hostile work environment and wrongful termination. I sought help through appropriate channels including HR, upper management, and my union. Each time I appealed for protection or fairness, I was met with indifference, inaction, or further punishment.

I am requesting that this case be investigated thoroughly and that appropriate legal or administrative action be taken to address the clear violations of workplace rights, safety, and due process that I experienced.

Sincerely,
[Your Full Name]
[Your Contact Information]
[Date]